DEBORAH M. SMITH
Acting United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>         Plaintiff, ) <br>   v.                   ) <br> ) <br> STEVEN J. KUNZ,       ) <br> ) <br>         Defendant. ) <br> _____ ) | COUNT 1: <br> HEALTH CARE FRAUD <br>  Vio. of 18 U.S.C. § 1347 |

INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

INTRODUCTORY ALLEGATIONS

1.    At all times relevant hereto, STEVEN J. KUNZ ("KUNZ"), was licensed by the State of Alaska as a Doctor of Chiropractic. Kunz provided chiropractic services to patients in Fairbanks, Alaska. Some, but not all, of Kunz' patients were beneficiaries of health care benefit programs as defined in 18 U.S.C. § 24(b).

2. Health care providers receive payment for their services rendered to health care benefit program beneficiaries by completing a claim form, the "HCFA or CMS 1500 Form," and submitting the form to the health care benefit program. Health care benefit programs, or "insurance companies" review the claim forms for completeness and general propriety. The insurance companies do not review each claim form for fraud, but rely upon the honesty of the provider that the information on the claim form is accurate and honest. This reliance is required because of the number of claim forms processed each day.

3. Chiropractic and other medical procedures are billed using uniform practices and codes to assure that similar procedures are billed consistently from procedure to procedure and physician to physician. The procedures are identified by Current Procedural Terminology (CPT). CPT is a standardized system of five-digit codes and descriptive terms used to report the medical services and procedures performed by physicians. It was developed and is updated and published annually by the American Medical Association (AMA). CPT codes communicate to providers, patients, and payers the procedures performed during a medical encounter. Accurate CPT coding is crucial for proper reimbursement from payers and compliance with government regulations.

THE SCHEMES TO DEFRAUD

4. At all times relevant hereto, within the District of Alaska, Kunz devised a number of schemes to defraud health care benefit programs, or to obtain money from the health care benefit programs by means of false or fraudulent pretenses, representations or statements: (1) a scheme to knowingly and willfully bill health care benefit programs for

massage therapy performed by a person other than himself as though Kunz had performed the massage himself, knowing that the health care benefit program did not cover the procedure unless Kunz himself provided the service, thereby obtaining money from health care benefit programs under false pretenses; (2) a scheme to knowingly and willfully bill health care benefit programs for services not rendered by falsifying health care claim forms when the service was not performed, thereby obtaining money from health care benefit programs under false pretenses; and (3) a scheme to knowingly and willfully bill health care benefit programs for services at a higher level of service than actually performed by falsifying the level of service on the claim forms submitted to Health care benefit program, thereby obtaining money from health care benefit programs under false pretenses.

COUNT 1
HEALTH CARE FRAUD
(18 U.S.C. § 1347)

5.   The allegations of paragraphs 1-4 of this Indictment are hereby re-alleged and incorporated by reference as though fully set forth herein.

6.   From on or about July, 2001, through on or about July, 2003, within the District of Alaska, the defendant, STEVEN J. KUNZ, having devised or intending to devise a scheme or artifice to obtain by means of false or fraudulent pretenses, representations or promises, money or property owned by, or under the custody or control of a health care benefit program, in connection with the payment for health care benefits, items or services, did knowingly and willfully execute or attempt to execute the schemes described in

paragraphs 1 - 4 above by submitting health care claim forms in the total amount of approximately $31,699.26 to health care benefit programs which contained false or fraudulent pretenses, representations or promises.

All in violation of Title 18 United States Code, Section 1347.

Dated: June 5, 2006                         Respectfully submitted,

                                            DEBORAH M. SMITH
                                            Acting United States Attorney


                                             s/ Retta-Rae Randall
                                            RETTA-RAE RANDALL
                                            Assistant U.S. Attorney
                                            Federal Building & U.S. Courthouse
                                            222 West Seventh Avenue, #9, Rm. 253
                                            Anchorage, Alaska  99513-7565
                                            Phone: (907) 271-5071
                                            Fax: (907) 271-1500
                                            Email: rettarae.randall@usdoj.gov