UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  UNITED STATES OF AMERICA  </u>   v.   <u>  STEVEN J. KUNZ  </u>

THE HONORABLE RALPH R. BEISTLINE

D<small>EPUTY</small> C<small>LERK</small>                                              CASE NO.  <u>3:06-cr-00051-RRB</u>

<u> Patty Demeter </u>

<u>PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**           DATE: June 16, 2006</u>

      **ARRAIGNMENT/ENTRY of PLEA** in the above-captioned case is hereby set for Friday, July 14, 2006, at 1:30 p.m. before Ralph R. Beistline, U.S. District Judge, in Courtroom **#2**, Federal Building - U.S. Courthouse, 222 West Seventh Avenue, Anchorage, Alaska.

[ ]{ARRAIGNR.WPD*Rev.3/97}