## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

   USA   v.   STEVEN J. KUNZ

DATE:   June 19, 2006   CASE NO.   3:06-CR-0151-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
                   **RESCHEDULING NOTICE**

---

Due to a judicial scheduling conflict, the arraignment/change of plea hearing set for July 14, 2006, is **RESCHEDULED** and will be held on **Thursday, July 13, 2006, at 11:30 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. RESCHEDULING HEARING