UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


  USA   v.  STEVEN J. KUNZ 

DATE:   June 19, 2006    CASE NO.    3:06-CR-0051-RRB 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  **AMENDED MINUTE ORDER FROM CHAMBERS**
              **RESCHEDULING NOTICE**

---

Due to a judicial scheduling conflict, the arraignment/change of plea hearing set for July 14, 2006, is **RESCHEDULED** and will be held on **Thursday, July 13, 2006, at 11:30 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. RESCHEDULING HEARING