AO 83 (Rev. 12/85) Summons in a Criminal Case

ORIGINAL

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

RECEIVED
JUN 2 8 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: 3:06-cr-00051-RRB |
| STEVEN J. KUNZ | |

701

...REBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 271-5494 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place | Room |
|---|---|
| Federal Building - U.S. Courthouse<br>222 W. 7th Avenue<br>Anchorage, Alaska 99513 | COURTROOM #2 |
| Before: U.S. DISTRICT JUDGE RALPH R. BEISTLINE | Date and Time<br>7/13/06 @ 11:30 A.M. |

To answer a(n)
[] Indictment  [XX] Information  [] Complaint  [] Violation Notice  [] Probation Violation Petition

Charging you with a violation of:

Title 18 United States Code, Section 1347

Brief description of offense:
HEALTH CARE FRAUD

| Ida Romack, Clerk of Court | June 19, 2006, Anchorage, Alaska |
|---|---|
| Signature of Issuing Officer | Date and Location |
| redacted signature  Deputy Clerk<br>uing Officer | |

**NOTICE**: If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 601 W. 5th Avenue, Suite 800, Anchorage, Alaska 99501, Tel: (907) 646-3400.

AO 83.(Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1] _FBI SA Derik Stone_  6/23/06
Date _6/23/06_

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: _101 12TH AVE # 310, FBKS, AK 99701_

☐ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: _6/23/06_
Date

_Randy M Johnson_
Name of United States Marshal

_Pat Tolley_
(by) Deputy United States Marshal

Remarks: SERVED BY FBI SA DERIK STONE
RETURNED BY Pat Tolley
PATRICK TOLLEY
US-OIG-OI

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.