AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF __Alaska__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>STEVEN J. KUNZ | **WAIVER OF INDICTMENT**<br><br>CASE NUMBER: 3:06-cr-00051-RRB |

I, __Steven J. Kunz__, the above named defendant, who is accused of



being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ____7-13-06____ prosecution by indictment and consent that the pro-
                *Date*
ceeding may be by information rather than by indictment.

**REDACTED SIGNATURE**
_____
*Defendant*

_____
*Counsel for Defendant*

Before _____
RALPH R. BEISTLINE, U.S. DISTRICT JUDGE