MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __STEVEN J. KUNZ__   CASE NO. __3:06-cr-00051-RRB__
Defendant: _X_ Present _X_ On Summons

BEFORE THE HONORABLE: _____RALPH R. BEISTLINE_____

DEPUTY CLERK/RECORDER: _____ROBIN M. CARTER_____

UNITED STATES' ATTORNEY: _____RETTA-RAE RANDALL_____

DEFENDANT'S ATTORNEY: _____PRO PER_____

U.S.P.O.: _____BETH MADER_____

PROCEEDINGS: ARRAIGNMENT/CHANGE OF PLEA HEARING HELD 7/13/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 11:31 a.m. court convened.

_X_ Copy of Information given to defendant; read.

_X_ Defendant sworn.

_X_ Defendant advised of general rights.

_X_ Defendant advised of charges and penalties.

_X_ Waiver of Indictment **FILED.**

_X_ PLEA: Guilty to count _1 of the Information._

_X_ Court accepted plea. Referred to P.O. for presentence report.

_X_ Imposition of Sentence set for __**9/28/06 at 11:00 a.m.**__

_X_ Bond set _Own Recognizance_; Personal Recognizance Order **FILED.**

_X_ Order Setting Conditions of Release **FILED**.

At 12:08 p.m. court adjourned.

DATE: _July 13, 2006_   DEPUTY CLERK'S INITIALS: __rc__