NELSON P. COHEN
United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:06-cr-0051-RRB |
|---|---|
| Plaintiff, | ) |
| | ) **SENTENCING** |
| vs. | ) **MEMORANDUM OF THE** |
| | ) **UNITED STATES** |
| STEVEN J. KUNZ, | ) |
| Defendant. | ) |

The United States files with the court its sentencing memorandum in the above captioned case pursuant to Local Criminal Rule 32.1(d)(1), for the Imposition of Sentence scheduled for September 28, 2006. The United States has no disagreements with the final revised presentence report dated September 13, 2006.

I.   **OFFENSE CONDUCT**

The defendant, Steven J. Kunz, is licensed by the State of Alaska as a Doctor of Chiropractic.  From July, 2001, through July, 2003, he provided chiropractic services to patients in Fairbanks, Alaska.  Some of his patients were beneficiaries of health care benefit programs as defined in 18 U.S.C. § 24(b). During that time period, Kunz devised a number of schemes to defraud health care benefit programs, or to obtain money from the health care benefit programs by means of false or fraudulent pretenses, representations or statements.  Specifically, he billed health care benefit programs for massage therapy performed by a person other than himself as though he himself had performed the massage, knowing that the health care benefit program did not cover the procedure unless he himself provided the service; he billed health care benefit programs for services not rendered by falsifying health care claim forms which were submitted for payment and paid.  He also billed health care benefit programs for services at a higher level of service than actually performed by falsifying the level of service on the claim forms.  As a result of his scheme, he received approximately $31,699.26 in payments to which he was not entitled.

## II. ADVISORY SENTENCE CALCULATIONS PURSUANT TO PRESENTENCE REPORT (PSR).

Base Offense Level (2B1.1(a)(2)). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

    Amount of Loss (2B1.1(b)(1)(D)). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . +6

    Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

Adjustment For Acceptance of Responsibility. . . . . . . . . . . . . . . . . . . . . . . . . . <u>-2</u>

Total Offense Level (estimated). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

Criminal History Category (estimated). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . I

Advisory Sentencing Range. . . . . . . . . . . . . . . . . . . . . . . . . . . . 6 - 12 months

## III. PLEA AGREEMENT PURSUANT TO 11(c)(1)(A) & (B).

The parties expressly agreed that the Plea Agreement filed in this case was entered into and was to be controlled by Federal Rule of Criminal Procedure 11(c)(1)(B). This means that the defendant may not withdraw from this agreement if the court deviates from the sentencing recommendations made by the United States or the defendant; the court may accept or reject the recommendations or requests of the parties. Fed. R. Crim. P. 11(e)(2).

The parties have agreed that a sentence of probation and a fine are appropriate sentences in this case, with the respective length and amount of each to be determined by the court. The defendant has also agreed to pay the full amount of restitution.

**IV.   SENTENCING RECOMMENDATION.**

Dr. Kunz has cooperated from first learning of this investigation. He agreed to waive indictment by grand jury and enter a guilty plea to the offer proposed to him by the government. He has offered to pay restitution in a lump sum shortly after sentencing. In addition, he has signed an Exclusion Agreement with the Office of Inspector General of the United States Department of Health and Human Services; this Agreement excludes him and anyone on his behalf from participating as a health care provider in Medicare, Medicaid, and all other Federal health care programs for a period of five (5) years.

Therefore, the government recommends:

(A)   A sentence of three (3) years of probation;

(B)   Restitution in the amount of $31,699.26;

(C)   A fine in the amount of $6,000.

(D)   A mandatory special assessment in the amount of $100.

// //

// //

// //

RESPECTFULLY SUBMITTED this 21st day of September, 2006, in Anchorage, Alaska.

                                                    NELSON P. COHEN
United States Attorney

 s/ Retta-Rae Randall
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: rettarae.randall@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2006,
a copy of the foregoing  was served
by mail on Steven J. Kunz (15 Glacier Avenue, #2,
Fairbanks, AK 99701)
and was placed at the front desk of the
USAO for Patricia A. Wong
U.S. Probation/Pretrial Services Officer.

s/Retta-Rae Randall