```
           MINUTES OF THE UNITED STATES DISTRICT COURT
                       DISTRICT OF ALASKA
```

U.S.A. vs.   STEVEN J. KUNZ          CASE NO.  3:06-CR-00051-01-RRB
Defendant: X Present    X On Bond

BEFORE THE HONORABLE:      RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:     SUZANNETTE DAVID

UNITED STATES ATTORNEY:    RETTA-RAE RANDALL

DEFENDANTS ATTORNEY:       PRO SE

U.S.P.O.:                  BARBARA BURTON

PROCEEDINGS: IMPOSITION OF SENTENCE HELD 09/28/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:00 a.m. court convened.

 X Notice of Appeal form given to defendant.

 X Court stated findings/reasons pursuant to sentencing guidelines.

 X Defendant placed on probation for a period of  3  years under the usual terms and conditions with special conditions of probation as stated in the judgment.

 X Fined $ 6,000

 X Special Assessment $ 100.00    , due   immediately.

 X Restitution $ 31,699.26  , to be paid to as stated in the judgment.

 X OTHER: Court and counsel heard re presentence report, sentencing recommendations, plea agreement; Payment coupon mailed to defendant; Court advised defendant of appeal rights.

At 11:13 a.m. court adjourned.


DATE: SEPTEMBER 28, 2006       DEPUTY CLERK'S INITIALS:   SCD