NELSON P. COHEN
United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>STEVEN J. KUNZ,<br><br>　　　　　　　Defendant. | ) No. 3:06-cr-0051-RRB<br>)<br>)<br>) **MOTION TO CORRECT**<br>) **JUDGMENT**<br>)<br>)<br>)<br>)<br>) |

　　　Pursuant to Federal Rule of Criminal Procedure 35(a), the United States requests the court to correct the Judgment filed on September 29, 2006.  At the time of imposition of sentence on September 28, 2006, the court ordered the defendant to pay a $6000 fine, and also stated that if the fine was paid within one year, no interest

on the fine amount would accrue in that year. The court ordered that the restitution and special assessment be paid immediately.

The Judgment filed on September 29, 2006, makes the total amounts, including the fine, due immediately, and also imposes interest on the fine unless it is paid in full before the fifteenth day after the date of the judgment. See pages 4 & 5 of Dkt. 16.

The defendant does not oppose this Motion.

WHEREFORE, the parties request that the Judgment be corrected accordingly.

RESPECTFULLY SUBMITTED this 3rd day of October, 2006, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

 s/ Retta-Rae Randall
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: rettarae.randall@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on October 3, 2006, a copy of
the foregoing  was served by mail on Steven J. Kunz,
and was placed at the front desk of the
USAO for Patricia A. Wong
U.S. Probation/Pretrial Services Officer.

s/Retta-Rae Randall