UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


USA   v.   KUNZ

DATE:   October 5, 2006        CASE NO.   3:06-CR-0051-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
GRANTING MOTION**

---

      The Motion to Correct Judgment at Docket 18 is hereby **GRANTED.**

M.O. GRANTING MOTION