PROB 12B
(7/93)

# United States District Court
## for the
## District of Alaska

Request for Modification of Conditions or Term of Probation
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Steven J. Kunz                         Case Number: 3:06-CR-00051-RRB

Sentencing Judicial Officer:   Ralph R. Beistline, U.S. District Court Judge

Date of Original Sentence:    September 28, 2006

Original Offense:    Health Care Fraud

Original Sentence:    Three years probation

Date Supervision Commenced: September 29, 2006

### PETITIONING THE COURT

[ ]    To extend the term of probation for _____ years, for a total term of _____ years.
[X]    To modify the conditions of probation as follows:

The defendant is prohibited from purchasing , possessing, or consuming alcoholic beverages and is prohibited from frequenting establishments whose primary purpose is the sale of alcoholic beverages.

The defendant shall submit to any method of alcohol and/or illegal drug testing, not to exceed 12 tests per month. Shall participate in either or both inpatient or outpatient treatment programs approved by the United States Probation Office for substance abuse treatment, which program shall include testing to determine whether the defendant has reverted to the use of drugs or alcohol.

### CAUSE

On October 1, 2007, at approximately 11:00 p.m., Alaska State Trooper Jones was traveling south bound on the Steese Highway, when Trooper Jones noticed a purple Ford Ranger, traveling up ahead, in the same lane, which was a construction zone. The two lane highway was reduced to one lane by orange, construction pylons. The Ford Ranger was swerving from side to side, crossing the fog line and came near to hitting three pylons. Trooper Jones activated his emergency lights and the Ford Ranger continued for approximately a mile before pulling over. Trooper Jones made contact with the driver of the Ford Ranger, who identified himself as Steven Jay Kunz. Kunz displayed signs of intoxication exhibited by bloodshot eyes, fair speech, an odor of alcohol, poor manual dexterity (fumbling with operator's license) and a sway in Kunz stance. An empty bottle of beer was observed on the driver's seat, partially obscured by a hat. Kunz denied having anything to drink and that there were no open containers of alcohol in the vehicle. Kunz was placed under arrest after failing field sobriety tests. Kunz

was transported to Alaska State Trooper's headquarter's, at which time Kunz was administered a datamaster breath test. The results indicated a BrAC level of .054%. Kunz who declined an independent blood test, was remanded to Fairbanks Correctional Center (FCC) for Driving Under the Influence.

On October 2, 2007, the State District Attorney's Office declined to prosecute Kunz on the Driving Under the Influence charge and the Open Container charge was moved to Traffic Court. Kunz was released from FCC on this date. Additionally, the defendant has been verbally reprimanded by this officer for his poor choice in what appears to be getting into a vehicle, after consuming alcoholic beverages.

It is respectfully recommended that Mr. Kunz probation conditions be modified to include the two conditions to include no alcohol and to allow the U.S. Probation Officer to test for alcohol and/or illegal drugs.

Respectfully submitted,

**REDACTED SIGNATURE**

Toni M. Ostanik
U.S. Probation/Pretrial Services Officer
Date: November 5, 2007

Approved by:

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

**THE COURT ORDERS:**

[✓]  The Modification of Conditions as Noted Above
[ ]  No Action
[ ]  Other:

**REDACTED SIGNATURE**

Ralph R. Beistline
U.S. District Court Judge
Date: 11/14/07

-2-

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

U.S.A. v Steven J. Kunz                                    Docket No. 3:06-CR-00051-RRB

    I, _Steven J. Kunz_, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of probation or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of probation or to the proposed extension of my term of supervision:

    The defendant is prohibited from purchasing, possessing, or consuming alcoholic beverages and is prohibited from frequenting establishments whose primary purpose is the sale of alcoholic beverages.

    The defendant shall submit to any method of alcohol and/or illegal drug testing, not to exceed 12 tests per month. Shall participate in either or both inpatient or outpatient treatment programs approved by the United States Probation Office for substance abuse treatment, which program shall include testing to determine whether the defendant has reverted to the use of drugs or alcohol.

Signed: _[signature]_                  Date: 10-12-07
        Steven J. Kunz

**REDACTED SIGNATURE**

Witness: _____        Date: 10.12.2007
        Toni M. Ostanik
        U.S. Probation/Pretrial Services Officer